UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO SUSANO ESTRADA CASTRO, MARIA RODRIGUEZ, and BENJAMIN GUZMAN ESTRADA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURAL FOREST SERVICES; DAVID E. SPINDEN; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 1:17-cv-00673 AWI-BAM<br><br>**ORDER TO RECAPTION CASE** |

　　　Following Defendant's Notice of Substitution indicating that pursuant to 28 U.S.C. § 2679(d)(1), the United States of America is the proper defendant in this action in place of the United States Department of Agriculture (erroneously named as the United States Department of Agricultural Forest Services in the Complaint) and David E. Spinden, the United States is hereby substituted as the sole defendant in this matter, in place of David E. Spinden and the United States Department of Agriculture. Accordingly, the caption for this case shall be amended as follows:

/././

| | |
|---|---|
| LINO SUSANO ESTRADA CASTRO, MARIA RODRIGUEZ, and BENJAMIN GUZMAN ESTRADA, | Case No. 1: 17-cv-00673-AWI-BAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

/./././
/./././
/./././

IT IS SO ORDERED.

   Dated: **October 4, 2017**            /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE