1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LINO SUSANO ESTRADA CASTRO, MARIA RODRIGUEZ, and BENJAMIN GUZMAN ESTRADA,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No.: 1:17-cv-0673-AWI-BAM<br><br>ORDER REFERRING THE MATTER TO VDRP<br><br>(Doc. 12) |

18       Pursuant to the Stipulation of the parties and Local Rule 271, the parties have agreed to have

19 the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery.

20 Therefore, the Court **ORDERS**:

21      1.     The matter is referred to the Voluntary Dispute Resolution Program;

22      2.     All case dates are **VACATED** and the scheduling conference will be set if it becomes

23 necessary.

24      3.     The parties shall notify the Court within thirty days of completing the Voluntary

25 Dispute Resolution Program.

26 IT IS SO ORDERED.

27   Dated:   **October 12, 2017**          /s/ *Barbara A. McAuliffe*

28                                 UNITED STATES MAGISTRATE JUDGE